IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERNEST WATKINS,

    Petitioner,

v.                                          Case No. 1:23-cv-268-AW-HTC

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Ernest Watkins seeks relief under § 2241. The Secretary moved to dismiss, contending the petition was untimely. The magistrate judge issued a report and recommendation, concluding the court should grant the motion to dismiss. ECF No. 30. Watkins has not filed any objection to the report and recommendation, and his deadline for doing so has passed.

Having carefully considered the matter, I conclude the report and recommendation should be adopted, and I now incorporate it into this order. The motion to dismiss (ECF No. 23) is GRANTED. The clerk will enter a judgment that says, "The amended petition is dismissed as untimely." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on September 9, 2024.

                                              s/ *Allen Winsor*
                                              United States District Judge